

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jodelyn Theodore

**Plaintiff,**

V.

See Attachment

**Defendant.**

**Civil Action No.**  26-cv-1463-LL-VET

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On March 16, 2026, counsel for Respondents filed a Notice re Habeas Petition informing the Court that Petitioner's counsel informed Respondents' counsel that Petitioner was released from custody. The Petition (ECF No. 1 ) is now moot. This case is hereby closed.

**Date:**  _____3/17/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler  _____

B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-1463-LL-VET

Respondent:

Christopher LaRose, Senior Warden, Otay Mesa Detention Center;

Kristi Noem, Secretary, U.S. Department of Homeland Security;

Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement;

Patrick Divver, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement;

Sirce Owen, Acting Director of the Executive Office for Immigration Review (EOIR), U.S. Department of Justice;

Pamela Bondi, Attorney General, U.S. Department of Justice